```
                  UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF TENNESSEE
                      NORTHEASTERN DIVISION

DANNY WAYNE OWENS, et al.,      )
                                )
          Plaintiffs,           )
                                )
          v.                    )    NO.  2:11-0033
                                )    Judge Campbell/Brown
WILLIAM A. ANTHONY, et al.,     )    Jury Demand
                                )
          Defendants.           )
```

### RECOMMENDATION FOR NEW TRIAL DATE
### AND PROPOSED SCHEDULING ORDER

A telephone conference was held with the parties in this matter on March 8, 2012. The parties advised that they had made every effort to comply with the existing scheduling order (Docket Entry No. 28) but that with the addition of the new defendant they believed that the case would be complex with a number of experts.

They therefore requested that the present trial date of January 29, 2013 (Docket Entry No. 47) be amended and that a new trial date be set on or after June 4, 2013. At the present time the parties believe that this case will take approximately eight (8) days to try with a jury in Cookeville.

After discussion with counsel, the Magistrate Judge **RECOMMENDS** that the present trial and pretrial conference dates be amended to provide for a trial to begin on or after June 4, 2013.

If this recommendation is adopted by Judge Campbell then the present scheduling order (Docket Entry No. 28) is amended to provide the following:

1. Completion of all fact discovery: **August 14, 2012**

2. Plaintiffs' expert disclosures: **September 14, 2012**

3. Depositions of plaintiffs' experts: **November 15, 2012**

4. Defendants' expert disclosures: **October 30, 2012**

5. Depositions of defendants' experts: **January 4, 2013**

6. Dispositive motions: **January 15, 2013**

7. Requests for admissions served by: **February 28, 2013**

Additionally, a telephone conference to discuss case progress with the parties is set for **Monday, June 11, 2013, at 1:30 p.m.** To participate in the telephone call the parties shall dial the Magistrate Judge's conference call number of 615/695-2851.

Respectfully submitted,

s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge