IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| DANNY WAYNE OWENS, et al. | ) |
| | ) |
| v. | ) NO. 2-11-0033 |
| | ) JUDGE CAMPBELL |
| WILLIAM A. ANTHONY, et al. | ) |

ORDER

Pending before the Court are Defendant C.H. Robinson Worldwide, Inc.'s Motion for Leave to File a Reply (Docket No. 91) and Plaintiffs' Motion for Leave to File Documents Under Seal (Docket No. 92).

Defendant's Motion for Leave to File a Reply (Docket No. 91) is GRANTED, and the Clerk is directed to file the Reply attached thereto.

Plaintiffs' Motion for Leave to File Documents Under Seal (Docket No. 92) is GRANTED. Plaintiffs shall also file redacted copies of the sealed documents, however, for the public file.

IT IS SO ORDERED.

                                                                                     TODD J. CAMPBELL
                                                                                     UNITED STATES DISTRICT JUDGE